NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WONG, | Case No. 2:15-cv-4303-AB-JPR |
| Plaintiff, | |
| vs. | |
| CITIGROUP, INC., | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| Defendant. | |

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) (Dkt. No. 15), and good cause having been shown, the Court hereby **DISMISSES WITH PREJUDICE** the above-captioned action, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: October 2, 2015

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE